■ In the Matter of PATRICIA BENYA and Another, Children Alleged to be Permanenlty Neglected. PATRICIA D. BENYA, Appellant; ST. VINCENT'S HALL, INC., Respondent.—Orders of Family Court, New York County, dated June 17, 1975, adjudging the children here involved to be permanently neglected children, terminating the parental rights of appellant mother, and awarding custody of the children to petitioner-respondent St. Vincent's Hall, Inc., are unanimously affirmed, without costs and without disbursements. The hearing of February 7, 1975 was a dispositional hearing within the meaning of section 623 of the Family Court Act; all the parties were given an opportunity at that hearing to present evidence as to disposition and stated that they had nothing further to submit. The Family Court Judge made the requisite finding under section 614 (subd 1, par [e]) of the Family Court Act and so noted on the endorsement papers. The evidence in the record amply justified the Judge's findings both on the adjudicatory hearing and the dispositional hearing. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS MARTINEZ, Appellant.—On this appeal from a judgment, rendered on May 8, 1974, in the Supreme Court, New York County, convicting defendant on his plea of guilty of robbery in the third degree and sentencing him to the custody of the Drug Addiction Control Commission for an indeterminate period not to exceed 60 months, assigned counsel, after conscientiously examining the record has sought leave to withdraw. The application is supported by a brief in compliance with *People v Saunders* (52 AD2d 833; see, also, *Anders v California,* 386 US 738). Counsel has concluded that the record in this case does not reveal any valid appealable issue, and that the appeal is therefore frivolous. After a review of the record and proceedings in this case, this court agrees with counsel for appellant that there are no issues to be raised on this appeal that would not be frivolous. Accordingly, the application by counsel to withdraw is granted, and the judgment of conviction is unanimously affirmed. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.